UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KEVIN R. TUMEY, SR. )<br>)<br>        Plaintiff, )<br>  vs. )<br>)<br>CLARK MEMORIAL HOSPITAL, )<br>)<br>        Defendant. ) | No. 4:08-cv-201-SEB-WGH |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is granted, that judgment is entered for the defendant and against the plaintiff, and that the plaintiff take nothing by his complaint.

Date:  07/09/2009

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kevin R. Tumey, Sr.
317 McArthur Drive
New Albany, IN 47150

Sandra L. Heeke
Ward Tyler Scott LLC
1947 E. Spring Street
New Albany, IN 47150
sheeke@wtshdlaw.com